**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles E. Anderson,<br>        Plaintiff,<br>vs.<br>Celeste Michaelson,<br>        Defendant. | No. CIV 98-2135-PHX-DKD<br><br>**ORDER** |

On October 17, 2005, the parties filed a Joint Status Report (Doc. #194) indicating that the matter had reached tentative settlement. On December 15, 2005, the parties informed the Court that the matter had reached full settlement and that settlement documentation was forthcoming (Doc. #196). On January 17, 2006, the parties further informed the Court that settlement documentation was forthcoming and that they anticipated filing their Joint Stipulation for Dismissal by January 31, 2006 (Doc. #197). To date, the parties have not submitted their Joint Stipulation for Dismissal. Accordingly,

**IT IS HEREBY ORDERED** setting a status hearing on Monday, March 27, 2006, at 2:00 p.m. This hearing will be vacated upon filing of the parties Joint Stipulation for Dismissal.

DATED this 10th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge